THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TUAN VAN LE,<br>　aka "Mickey"<br>　and<br>ALEX CHAPACKDEE,<br>SAM KHANHPHONGPHANE,<br>PHI NGUYEN,<br>MEIFANG YU,<br>　a/k/a "Michelle Yu" and<br>HOAN LE,<br><br>　　　　　Defendants. | Case No. CR-17-136-TSZ<br><br>ORDER GRANTING WITHDRAWAL AND SUBSTITUION OF COUNSEL |

　　　The following Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States Judge:

　　　1.　　Defendant Tuan Van Le motion for withdrawal and substitution of counsel docket no. 116, is GRANTED.

　　　2.　　The Clerk is directed to send a copy of this Order to all counsel of record.

　　　Dated this 25th day of October, 2017.

　　　　　　　　　　　　　　　　　　/s/ Thomas S. Zilly
　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Withdrawal and Substitution - 1

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800