UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TUAN VAN LE,<br>    a/k/a "Mickey,"<br>ALEX CHAPACKDEE,<br>SAMATH KHANHPHONGPHANE,<br>PHI NGUYEN,<br>MIEFANG YU,<br>a/k/a "Michelle Yu" and<br>HOANG LE,<br><br>Defendants. | No. CR17-136-TSZ<br><br><br>**PROTECTIVE ORDER RESTRAINING ONE 2013 MERCEDES-BENZ, ONE 2004 BENTLEY, AND $7,560 IN U.S. CURRENCY** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Protective Order Seeking to Restrain Certain Forfeitable Property ("Motion"), as follows:

1. A 2013 Mercedes-Benz GL450, VIN No. 4JGDF7CE2DA236046, seized at the Maple Valley residence of Defendants Tuan Van Le and Meifang Yu on May 6, 2017;

Protective Order Restraining Mercedes-Benz,
Bentley, and $7,560 in U.S. Currency- 1
*U.S. v. Le, et al.,* CR17-136-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. A 2004 Bentley Continental, VIN No. SCBCR63W84C022079, seized at the Maple Valley residence of Defendants Tuan Van Le and Meifang Yu on May 6, 2017; and,

3. $7,560 in U.S. Currency seized from the Defendant Meifang Yu at her Maple Valley residence on May 6, 2017.

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and the supporting Affidavit of Federal Bureau of Investigation Special Agent Mark Nakatsu, hereby FINDS entry of a protective order restraining the above-identified property is appropriate because:

- The United States gave notice of its intent to pursue forfeiture of this property in its Superseding Indictment (Dkt. No. 81);
- Based on the facts set forth in Special Agent Mark Nakatsu's affidavit, there is probable cause to believe this property is subject to forfeiture in this case; and,
- To ensure this property remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the above-identified property pending the conclusion of this case is GRANTED; and,

2. The property shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

///

Protective Order Restraining Mercedes-Benz, Bentley, and $7,560 in U.S. Currency- 2
*U.S. v. Le, et al.,* CR17-136-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 21st day of November, 2017.

_Thomas S. Zilly_
Thomas S. Zilly
United States District Judge

Presented by:

 */s/ Michelle Jensen*
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Protective Order Restraining Mercedes-Benz, Bentley, and $7,560 in U.S. Currency- 3
*U.S. v. Le, et al.,* CR17-136-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970