UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MEIFANG YU and TUAN VAN LE,

    Defendants.

2:17-cr-00136-TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Meifang Yu's motion, docket no. 142, to extend motions deadline is STRICKEN as moot. Defendant Tuan Van Le's motion to join motion by defendant Meifang Yu to extend motions deadline, docket no. 144, is STRICKEN as moot.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of December, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1