UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>TUAN VAN LE,<br><br>           Defendant. | CR17-136 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the declaration of attorney Stacey Bennetts, indicating that correspondence with defendant Tuan Van Le, who is incarcerated at the Federal Correctional Institution in Herlong, California, has been difficult, but that she believes the materials defendant has been seeking were transmitted to him by letter mailed in a white (rather than manila) envelope on May 6, 2019, the Court STRIKES defendant's pro se motion to compel, docket no. 243, as moot, but without prejudice to defendant renewing such motion in the event that he did not receive the documents sent by counsel or believes the disclosure was incomplete.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record, to Stacey Bennetts at Marsh & Bennetts, PLLC, 2470 Westlake Ave N, Suite 101, Seattle, WA 98109, and to defendant Tuan Van Le.

Dated this 8th day of July, 2019.

                                                  William M. McCool
                                                  Clerk

                                                  s/Karen Dews
                                                  Deputy Clerk

MINUTE ORDER - 1